**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**UNIFIED SCHOOL DISTRICT NO. 500, WYANDOTTE COUNTY, STATE OF KANSAS,**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No. 26-2519-JAR-ADM** |

**<u>CLERK'S ORDER FOR 14 DAY EXTENSION</u>**
**<u>OF TIME TO ANSWER OR OTHERWISE PLEAD</u>**

On this 2nd day of November, 2026, Defendant Unified School District No. 500, Wyandotte County, Kansas ("Defendant"), pursuant to D. Kan. Rule 77.2(a)(2) makes oral application for additional time within which to answer or otherwise plead to Plaintiff's Complaint (ECF No. 1)[1]. The responsive pleading to the Complaint (ECF No. 1) on behalf of Defendant presently is believed to be due on or about November 2, 2026. The responsive pleading deadline for Defendant has not expired as of the date of filing of this motion. No previous extensions have been requested.

IT IS HEREBY ORDERED that Defendant Unified School District No. 500, Wyandotte County, Kansas be given fourteen (14) additional days from this date to answer or plead to and including November 16, 2026.

Clerk of the United States District Court for Kansas
By <u>s/N. Coop, Deputy Clerk</u>

---

[1] In seeking a Clerk's extension, Defendant expressly does not waive any other affirmative defenses available to it in this action including those enumerated in Fed.R.Civ.P. 8, 9 & 12. To the extent necessary to preserve any such defenses, Defendant raises the same herein.

Respectfully submitted,

McANANY, VAN CLEAVE & PHILLIPS, P.A.
10 E. Cambridge Circle Drive, 300
Kansas City, Kansas 66103
Telephone: (913) 371-3838
Facsimile: (913) 371-4722
E-mail: ggoheen@mvplaw.com

By: /s/ Gregory P. Goheen
Gregory P. Goheen #16291

Attorneys for Defendant Unified School District No. 500, Wyandotte County, Kansas

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of November, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system to:

Bryan C. Clark
Office of the United States Attorney – KCKS
500 State Avenue, Suite 360
Kansas City, KS 66101

Jordan Carpenter
950 Pennsylvania Avenue NW
Washington, DC 20530
Attorneys for Plaintiff

/s/ Gregory P. Goheen