**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**UNIFIED SCHOOL DISTRICT NO. 500, WYANDOTTE COUNTY, STATE OF KANSAS,**<br><br>**Defendant.** | ) | **Case No. 26-2519-JAR-ADM** |

# DEFENDANT'S MOTION TO DISMISS

**COMES NOW** Defendant Unified School District No. 500, Wyandotte County, Kansas ("USD 500" or "Defendant") and, pursuant to Fed.R.Civ.P. 12, respectfully requests the Court enter an Order dismissing Plaintiff's claims alleged against it in Plaintiff's Complaint (ECF No. 1) ("Complaint").[1] In what Plaintiff describes in its September 1, 2026, press release[2] as a "first-of-its-kind lawsuit," Plaintiff seeks declaratory, injunctive and other unspecified relief against Defendant for alleged violation the Family Educational Rights and Privacy Act ("FERPA"), 20 U.S.C. § 1232g, and the Protection of Pupil Rights Amendment ("PPRA"), 20 U.S.C. § 1232h. Specifically, Plaintiff contends that the mere existence of a guidance document, titled "USD 500 Transgender and Gender Nonconforming Students Internal Guidance Document" ("Guidance Document")[3] somehow establishes a violation of FERPA and/or PPRA Of course, a "guidance document does only what its name implies: It gives guidance."[4] Plaintiff pleads no actual facts,

---

1 In filing this motion, Defendant expressly does not waive any affirmative defenses available to it in this action including those enumerated in Fed.R.Civ.P. 8, 9 & 12. To the extent necessary to preserve any such defenses, Defendant raises the same herein.

2 ICYMI: DOJ- Justice Department Sues Kansas City, Kansas Public Schools to Stop Secret Gender Transitions | U.S. Department of Education

3 The current version of the Guidance Document challenged by Plaintiff is attached as Exhibit H to the Declaration of Dawn Downing, ¶ 10, Exhibit 1,to Defendant's contemporaneously filed Memorandum in Support.

4 Fairfax County School Board v. McMahon, --- F.4th ----, 2026 WL 3080601, * (4th Cir. 2026) (Cir. Judge

as opposed to conclusory allegations, that, if true, would establish any violation of FERPA or PPRA by Defendant. Defendant incorporates by reference the arguments and authorities set forth in its memorandum in support filed contemporaneously herewith.

**WHEREFORE**, Defendant respectfully requests that the relief requested by Plaintiff should be denied, Plaintiff's Complaint (ECF No. 1) should be dismissed, a declaration entered by the Court that Defendant's Guidance Document does not violate FERPA or PPRA and that Defendant be granted its costs, including reasonable attorneys' fees, incurred in defending against the claims asserted against it by Plaintiff in this action and such other relief as the Court deems fair, just and equitable.

Respectfully submitted,

McANANY, VAN CLEAVE & PHILLIPS, P.A.
10 E. Cambridge Circle Drive, 300
Kansas City, Kansas 66103
Telephone: (913) 371-3838
Facsimile: (913) 371-4722
E-mail: ggoheen@mvplaw.com

By: /s/ Gregory P. Goheen
Gregory P. Goheen #16291
Ryan B. Denk #18868

Attorneys for Defendant Unified School District No. 500, Wyandotte County, Kansas

Richardson, dissenting).

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of November, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system to:

Bryan C. Clark
Office of the United States Attorney – KCKS
500 State Avenue, Suite 360
Kansas City, KS 66101

Jordan Carpenter
950 Pennsylvania Avenue NW
Washington, DC 20530
Attorneys for Plaintiff

/s/ Gregory P. Goheen